COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      John Ruff and Catherine Loth, Individually and as Next Friends of A.R., a Minor Child v. The University of St. Thomas

Appellate case number:      01-17-00875-CV

Trial court case number:      2016-19616

Trial court:      190th District Court of Harris County

Appellants, John Ruff and Catherine Loth, Individually and as Next Friends of A.R., a Minor Child, have filed a motion to extend the deadline to file the clerk's and reporter's records to January 15, 2018. The clerk's record and reporter's record were due to be filed on December 18, 2017. That day, the Clerk of this Court notified appellants that the court reporter responsible for preparing the reporter's record had informed the Court that appellants had not paid, or made arrangements to pay, for the reporter's record and directed appellants to provide proof that they had paid, or made arrangements to pay, for the reporter's record or are entitled to proceed without payment of costs by **January 17, 2018**. *See* TEX. R. APP. P. 35.3(b), 37.3(c). The Clerk of this Court also notified the trial court clerk and the parties that a clerk's record had not been timely filed and requested the trial court clerk, no later than **January 19, 2018**, to file the clerk's record or advise the Court if appellants had not made arrangements to pay for preparation of the clerk's record. *See id.* 35.3(a), 37.3(a)(1). Accordingly, we dismiss as moot appellants' motion to extend the time for filing the clerk's record and reporter's record in this appeal.[1]

It is so ORDERED.

Judge's signature: /s/ Russell Lloyd
         ☑ Acting individually      ☐ Acting for the Court

Date: January 11, 2018

---

1      The trial court clerk or court reporter may request an extension to file the record in this Court. *See* TEX. R. APP. P. 35.3(c).